Same case below, 27 So. 3d 689.

**No. 10-748. Steven D. Santhuff, et ux., Petitioners v. Steve Seitz.**

562 U.S. 1180, 131 S. Ct. 1021, 178 L. Ed. 2d 830, 2011 U.S. LEXIS 906.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 385 Fed. Appx. 939.

**No. 10-753. Antonio M. Apodaca, Petitioner v. Merit Systems Protection Board.**

562 U.S. 1180, 131 S. Ct. 1037, 178 L. Ed. 2d 830, 2011 U.S. LEXIS 882.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 379 Fed. Appx. 986.

**No. 10-756. Flavio Perez, Petitioner v. United States.**

562 U.S. 1180, 131 S. Ct. 1022, 178 L. Ed. 2d 830, 2011 U.S. LEXIS 763.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 612 F.3d 879.

**No. 10-764. Michael W. Ryan, Petitioner v. United States.**

562 U.S. 1180, 131 S. Ct. 1023, 178 L. Ed. 2d 830, 2011 U.S. LEXIS 804.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-790. Angelo Brandao, Petitioner v. United States.**

562 U.S. 1181, 131 S. Ct. 1027, 178 L. Ed. 2d 830, 2011 U.S. LEXIS 795.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-798. Gregory L. Hudson, Petitioner v. Universal Studios, Inc., et al.**

562 U.S. 1181, 131 S. Ct. 1027, 178 L. Ed. 2d 830, 2011 U.S. LEXIS 884.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 369 Fed. Appx. 291.

**No. 10-799. Duane W. Larson, et ux., Petitioners v. United States.**

562 U.S. 1181, 131 S. Ct. 1027, 178 L. Ed. 2d 830, 2011 U.S. LEXIS 805.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 376 Fed. Appx. 26.

**No. 10-807. Lester R. Ramer, Petitioner v. Commissioner of Internal Revenue.**

562 U.S. 1181, 131 S. Ct. 1033, 178 L. Ed. 2d 830, 2011 U.S. LEXIS 725.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 394 Fed. Appx. 353.